UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RAMON LOZOYA, et al.,

        Plaintiffs,

vs.                                        Case No. 8:04-CV-852-T-23MAP

PRESTIGE GUNITE, INC., et al.,

        Defendants.
_____/

## ORDER PRELIMINARILY APPROVING SETTLEMENT, SCHEDULING HEARING FOR FINAL APPROVAL THEREOF, AND APPROVING THE PROPOSED NOTICE TO THE CLASS

**THIS CAUSE** came before the Court on the parties' Joint Motion for Approval of Compromise and Stipulation (Dkt. 65). On March 22, 2006, the parties entered into a Stipulation of Proposed Settlement ("Proposed Settlement") which is subject to review under Rule 23 of the Federal Rules of Civil Procedure and which sets forth the terms and conditions for the proposed settlement. (Dkt. 65-2 & 65-3).

The Plaintiffs maintain that they, individually and as class representatives, would ultimately prevail on their claims in this action but deem the Proposed Settlement to be in the best interests of themselves and the class and consent to the following order. Defendants deny all liability whatsoever and maintain that they would ultimately prevail on Plaintiffs' claims but deem said settlement to be in their best interest and consent to the entry of this order.

Upon consideration, the Court being fully advised in the premises and approving the procedures set forth herein, it is

**ORDERED AND ADJUDGED** that:

1

1. The parties' Joint Motion for Approval of Compromise and Stipulation (Dkt. 65) is **GRANTED**.

2. The Proposed Settlement executed by counsel for the respective parties is hereby preliminarily approved based on this Court's finding that there has been a preliminary showing that the settlement is fair, reasonable and sufficient to warrant submitting it to the class, and that the Proposed Settlement was reached by extensive arms-length negotiations between counsel for the parties.

IT IS FURTHER **ORDERED AND ADJUDGED** that:

3. The parties shall take all actions required by the Proposed Settlement and those relating to the consummation of the settlement.

4. Each Plaintiff, including every member of the certified class of Plaintiffs in this action, will be notified of the Proposed Settlement as follows:

   a. The form of class Notice to Plaintiffs of Proposed Settlement, which is attached as Exhibit 1 to this Order, is approved by this Court. Within ten (10) days of the date of this Order, Plaintiffs' counsel shall mail the Notice to Plaintiffs of Proposed Settlement and the Stipulation of Proposed Settlement to each Plaintiff, including members of the certified class in this litigation at the most current address known to the Plaintiffs' attorneys.

   b. Counsel for Plaintiffs are authorized to respond to inquiries from class members concerning the Proposed Settlement and to communicate with class members regarding the execution or completion of the settlement release forms.

   c. Counsel for the Plaintiffs shall file proof of mailing of the Notice to Plaintiffs of Proposed Settlement as specified in subparagraph (a) above.

    d.    The Court finds that the Notice to Plaintiffs of Proposed Settlement provided constitutes the best notice to the class practicable under the circumstances, such Notice comports with due process, and is sufficient notice for all purposes to all persons entitled to such notice.

5.    In order to receive any share of the settlement proceeds, eligible class members must deliver, according to the terms of the Notice to Plaintiffs of Proposed Settlement, the executed Settlement and Release Forms identified as Exhibit 2 to this Order within one hundred fifty (150) days of the date of a Final Order Approving Settlement. If the executed Settlement and Release form is not returned to counsel for the Plaintiffs within one hundred fifty (150) days of the date of a Final Order Approving Settlement, such class member will be included in the class for all purposes, including *res judicata* purposes, but will not receive a monetary distribution from the settlement proceeds.

6.    The Notice shall be mailed in envelopes addressed to each class member and bearing the return address of the Plaintiffs' attorney Andra Todd Dreyfus. The Settlement and Release Forms shall be personally returned to Andra T. Dreyfus P.A., 1463 Gulf-to-Bay Blvd., Clearwater, Florida 33755. The Settlement and Release forms shall be photocopied and provided to Defendants' counsel or record no later than one hundred and twenty (120) days from the final distribution of settlement proceeds to the Plaintiffs.

IT IS FURTHER **ORDERED AND ADJUDGED** that:

7.    A Rule 23(e) hearing shall be held on **Thursday, June 29, 2006 at 10:00A.M.** at the Sam M. Gibbons, United States Court House, 801 North Florida Avenue, Tampa, Florida, Courtroom 13B, to determine the lawfulness, reasonableness, adequacy, and fairness of the Proposed Settlement, and whether judgment should be entered as provided in paragraph 7 of the Stipulation

of Proposed Settlement.

8. Any Plaintiff or member of the certified class who objects to the approval of the Proposed Settlement or to the judgment to be entered thereon may appear at the aforesaid hearing and show cause why the Proposed Settlement should not be approved as fair, reasonable and adequate, and why judgment should not be entered thereon.

9. Objections to the Proposed Settlement and any papers or briefs submitted in support of said objections shall be received and considered by the Court only if objectors file with the Court written notice of their intention to appear and the nature of said objections no later than **Thursday, June 1, 2006**.

**DONE AND ORDERED** in chambers this 6th day of April, 2006.

**JAMES D. WHITTEMORE**
**United States District Judge**

Copies to:
Counsel of Record