UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RAMON LOZOYA, et al.,

Plaintiffs,

vs.                                                              Case No. 8:04-CV-852-T-23MAP

PRESTIGE GUNITE, INC., et al.,

Defendants.
_____/

ORDER OF DISMISSAL

Pursuant to the terms of the Final Order Approving Settlement entered on June 29, 2006, this cause is **DISMISSED WITH PREJUDICE**. The Court reserves jurisdiction to reopen the case, if necessary, to insure consummation of the settlement provided for by the Stipulation of Proposed Settlement (Dkt. 65-2) and the Final Order Approving Settlement. The Clerk is directed to close this case.

**DONE AND ORDERED** in chambers this 29th day of June, 2006.

_____
STEVEN D. MERRYDAY
United States District Judge

Copies to:
Counsel of Record